■ TRUSTEES OF THE FREEHOLDERS AND COMMONALTY OF THE TOWN OF EAST HAMPTON, Respondent, v SHELDON BIENSTOCK et al., Appellants. (And a Third-Party Action.)

Thompson, J. P., Weinstein, Rubin and Spatt, JJ., concur.